JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVELTY TEXTILES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SALT & PEPPER CLOTHING, INC.; *et al*. <br><br> Defendants. | Case No.: CV 16-7831-DMG (AFMx) <br><br> **ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE [30]** |

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. This dismissal is subject to and predicated upon the settlement agreement that gave rise to the stipulated dismissal;

3. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action; and

4. All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.

DATED: June 2, 2017

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE